UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* KELLY R. BROWN,

    Plaintiff,

vs.

FIVE BROTHERS MORTGAGE
COMPANY SERVICES AND SECURING
INC., FIVE BROTHERS MORTGAGE
SERVICES & SECURING, INC., FIVE
BROTHERS LAWN CARE, LLC, FIVE
BROTHERS LEASING, INC., FIVE
BROTHERS REALTY, INC.,
FORERUNNER SPECIALTY DEFAULT
SERVICE, INC., JOSEPH BADALAMENTI,
U.S. BANK, N.A., U.S. BANCORP,

    Defendants.

Case No. 15-12590-MFL-MJH

Hon. Matthew F. Leitman

Magistrate Judge
Michael J. Hluchaniuk

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to E. D. Mich. LR 83.4, Forerunner Specialty Default Service, Inc., makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes _____          No\_\_X\_\_\_\_

7011393v.1

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: N/A

Relationship with Named Party: N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes _____          No   X

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: N/A

Nature of Financial Interest: N/A

Dated: September 25, 2015

          Respectfully submitted,

          WILSON ELSER MOSKOWITZ
          EDELMAN & DICKER, LLP

By:   /s/   Jeffrey C. Hart
      JEFFREY C. HART (P69217)
      *Attorney for Defendants*
      *Five Brothers Mortgage Company Services and Securing Inc., Five Brothers Mortgage Services & Securing, Inc., Five Brothers Leasing, Inc., Five Brothers Realty, Inc., Forerunner Specialty Default Services, Inc. and Joseph Badalamenti*

7011393v.1

>Laurel Office Park III
>17197 North Laurel Park Drive, Suite 201
>Livonia, MI 48152
>(313) 327-3100
>jeffrey.hart@wilsonelser.com

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause, by USDC Eastern District E-Filing on September 25, 2015.

By: /s/ Kimberly Webster
    **KIMBERLY WEBSTER**

7011393v.1